CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent,
v. RICHARD GOODWIN, Appellant.

*Cross, Austin & Ireland Lumber Co.* v. *Goodwin*, 131 App. Div. 865, affirmed.
(Argued May 19, 1910; decided June 7, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a contract of guaranty.

*Edward T. Horwill* for appellant.

*Robert H. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

SUNSWICK LAND COMPANY, Respondent, v. WALTER E. MURDOCK, Appellant.

*Sunswick Land Co.* v. *Murdock*, 129 App. Div. 579, affirmed.
(Submitted May 19, 1910; decided June 7, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 9, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

*Herbert S. Murphy* for appellant.

*Arthur J. Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.